IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOUTHERN COAL SALES CORPORATION,<br><br>       Plaintiff,<br><br>vs.<br><br>XCOAL ENERGY & RESOURCES, XCOAL ENERGY & RESOURCES LLC, and ERNIE L. THRASHER<br><br>       Defendants. | Misc. Case No. _____<br><br>Relates to Action No. 7:12-cv-265 Pending in the United States District Court for the Western District of Virginia, Roanoke Division |

**MOTION TO QUASH NON-PARTY SUBPOENA TO ROSEBUD MINING COMPANY OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**

Defendants Xcoal Energy & Resources, Xcoal Energy & Resources, LLC, and Ernie L. Thrasher, by and through their undersigned counsel and pursuant to Federal Rules of Civil Procedure 26 and 45, hereby move to quash the subpoena served on Rosebud Mining Company in the above-referenced matter or, in the alternative, respectfully request that this Court enter a protective order prohibiting the disclosure of confidential and/or proprietary information belonging either to Rosebud Mining Company or Defendants in response to the subpoena. In support of this Motion, Defendants are filing the accompanying Memorandum of Law and Affidavit of Frank Kozlesky. A proposed Order is attached hereto.

DATED this 13th day of November, 2012.

Respectfully submitted,

By:   /s/ Christopher A. Amar
     Bruce A. Americus
     PA I.D. No. 9987
     Stanley J. Parker
     PA I.D. No. 66013
     Daniel C. Garfinkel
     PA I.D. No. 92037
     Christopher A. Amar
     PA I.D. No. 309707

**BUCHANAN INGERSOLL & ROONEY, PC**
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041
bruce.americus@bipc.com
stanley.parker@bipc.com
daniel.garfinkel@bipc.com
christopher.amar@bipc.com

*Counsel for Defendants Xcoal Energy & Resources, Xcoal Energy & Resources LLC, and Ernie L. Thrasher*