IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOUTHERN COAL SALES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> XCOAL ENERGY & RESOURCES, <br> XCOAL ENERGY & RESOURCES LLC, <br> and ERNIE L. THRASHER, <br><br> Defendants. | Miscellaneous No. 12-418 <br><br> Relates to Action No. 7:12-cv-265 Pending in the United States District Court for the Western District of Virginia, Roanoke Division |

## ORDER OF COURT

Upon consideration of Defendants' Motion to Withdraw Motion to Quash Non-Party Subpoena to Rosebud Mining Company or, in the Alternative, for Protective Order (Ecf. No. 1), it is hereby ORDERED that Defendants' Motion is withdrawn without prejudice to re-file at a later date. The clerk shall mark this case closed.

DATED this 16th day of November, 2012.

/s/ Joy Flowers Conti
United States District Judge